JACKSON LEWIS LLP
    666 Third Avenue
    New York, New York 10017
    (212) 545-4000
Attorneys of record:
    Marjorie N. Kaye, Jr. (MK 7141)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVELIS KHANNA,

                Plaintiff,

        -against-

HYDE LEADERSHIP CHARTER SCHOOL,
KENNETH KERN, JOANNE GOUBOURN,
PIERRE GOUBOURN, CLIFFORD VON
VOORHEES, YAHIRA ADORNO, HERBERT
FIXLER, STEVEN CARY, HERBERT M.
KAPLAN, JEFFREY LUND, DAVID M.
STEADLEY, and ELENOR DENKER,

                Defendants.

Case No. 12 CV 4180 (GBD)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Marjorie N. Kaye, Jr., Esq., an attorney at the law firm of Jackson Lewis LLP, hereby appears in connection with the above-referenced action on behalf of Defendants Hyde Leadership Charter School, Kenneth Kern, Joanne Goubourn, Pierre Goubourn, Clifford Van Voorhees (incorrectly referred to herein as "Clifford Von Voorhees"), Yahira Adorno, Herbert Fixler, Steven Cary, Herbert M. Kaplan, Jeffrey Lund, David M. Steadly (incorrectly referred to herein as "David M. Steadley"), and Elenor Denker.

I certify that I am admitted to practice in this Court.

Respectfully submitted,

JACKSON LEWIS LLP
666 Third Avenue
New York, New York 10017
(212) 545-4000

Dated: June 19, 2012
      New York, New York

By: _____
      Marjorie N. Kaye, Jr. (MK 7141)

ATTORNEYS FOR DEFENDANTS