UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EVELIS KHANNA,

                    Plaintiff,

                -against-

HYDE LEADERSHIP CHARTER SCHOOL, KENNETH KERN, JOANNE GOUBOURN, PIERRE GOUBOURN, CLIFFORD VON VOORHEES, YAHIRA ADORNO, HERBERT FIXLER, STEVEN CARY, HERBERT M. KAPLAN, JEFFREY LUND, DAVID M. STEADLEY, and ELENOR DENKER,

                    Defendants.

Case No. 12 CV 4180 (GBD)

**DEFENDANT HYDE LEADERSHIP CHARTER SCHOOL'S RULE 7.1 DISCLOSURE STATEMENT**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, to enable the Judges and Magistrates of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Hyde Leadership Charter School hereby certifies that Hyde Leadership Charter School has no parent corporation, is not a publicly held corporation, and no publicly held corporation owns 10% or more of its stock.

                                              Respectfully submitted,

                                              JACKSON LEWIS LLP
                                              666 Third Avenue, 29th Floor
                                              New York, New York 10017
                                              (212) 545-4000

                                              By: _____
                                                 Marjorie N. Kaye, Jr. (MK 7141)
                                                 Steven A. Sirota (SS 7007)

                                             ATTORNEYS FOR DEFENDANTS

Dated: June 19, 2012
        New York, New York