UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EVELIS KHANNA,

                    Plaintiff,

-against-

HYDE LEADERSHIP CHARTER SCHOOL, KENNETH KERN, JOANNE GOUBOURN, PIERRE GOUBOURN, CLIFFORD VON VOORHEES, YAHIRA ADORNO, HERBERT FIXLER, STEVEN CARY, HERBERT M. KAPLAN, JEFFREY LUND, DAVID M. STEADLEY, and ELENOR DENKER,

                    Defendants.

Case No. 12 CV 4180 (GBD)

**ORDER**

---

It having been reported to this Court that the above entitled action has been settled, IT IS ORDERED that the action be, and the same hereby is, discontinued with prejudice but without costs; provided, however that if the settlement is not consummated within thirty (30) days of the date of this order, either party may apply by letter for restoration of the action to the calendar of the undersigned. Any such application must be made before the thirty (30) days have expired, or it will be denied. Any such application timely made will be granted.

By: _____
George B. Daniels, U.S.D.J.

Dated: July 6, 2012
       New York, New York

4827-8098-4592, v. 1