Daniels, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVELIS KHANNA,

Plaintiff,

-against-

HYDE LEADERSHIP CHARTER SCHOOL,
KENNETH KERN, JOANNE GOUBOURN,
PIERRE GOUBOURN, CLIFFORD VON
VOORHEES, YAHIRA ADORNO, HERBERT
FIXLER, STEVEN CARY, HERBERT M.
KAPLAN, JEFFREY LUND, DAVID M.
STEADLEY, and ELENOR DENKER,

Defendants.

Case No. 12 CV 4180 (GBD)

## ORDER OF FINAL DISMISSAL WITH PREJUDICE

Plaintiff Evelis Khanna and Defendants Hyde Leadership Charter School, Kenneth

Kern, Joanne Goubourn, Pierre Goubourn, Clifford Van Voorhees (incorrectly referred to herein as

"Clifford Von Voorhees"), Yahira Adorno, Herbert Fixler, Steven Cary, Herbert M. Kaplan, Jeffrey

Lund, David M. Steadly (incorrectly referred to herein as "David M. Steadley"), and Elenor Denker,

having satisfactorily resolved the above-captioned action, and sufficient cause appearing therefor,

now, upon the request of the Parties, it is hereby

ORDERED that the instant action shall be and hereby is dismissed in its entirety, with

prejudice, and without any award of attorneys' fees or costs to any Party.

Honorable George B. Daniels, U.S.D.J.

Dated: _SEP 07 2012_, 2012